IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01837-BNB

DARRYL JEROME SPRINGS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
DENVER RECEPTION AND DIAGNOSTIC CENTER – WARDEN NOLANCE WALACE,
DENVER RECEPTION AND DIAGNOSTIC CENTER – INSPECTOR GENERAL'S OFFICE ROBERT A. THIEDE,
DENVER RECEPTION AND DIAGNOSTIC CENTER – CORRECTIONAL OFFICER SMITH,
DENVER RECEPTION AND DIAGNOSTIC CENTER – SERGEANT BARTON, and
DENVER RECEPTION AND DIAGNOSTIC CENTER – MAJOR TWO BEARS CHAVEZ,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT -9 2008

GREGORY C. LANGHAM
                       CLERK

## ORDER OF DISMISSAL

Plaintiff Darryl Jerome Springs initiated this action by filing *pro se* a Prisoner Complaint. In an order filed on August 28, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Springs to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Springs either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Springs was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On September 15, 2008, Mr. Springs filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. However, the motion for leave to proceed *in forma pauperis* pursuant to § 1915 is deficient because Mr. Springs did not submit a certified copy of his inmate trust fund account statement in support of the *in forma pauperis* motion as required pursuant to § 1915(a)(2) and as specified on the form motion itself. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 filed on September 15, 2008, is denied as moot.

DATED at Denver, Colorado, this 8 day of Oct. , 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01838-BNB

Darryl Jerome Springs
Prisoner No. 85912
Cheyenne Mountain Re-Entry Center
2925 Las Vegas
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/9/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk